# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § 
 § 
KUBOVY, JENNIFER K § Case No. 10-14663
 § 
Debtor(s) § 

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                Kenneth Gardner
                U.S. Bankruptcy Court Clerk
                219 South Dearborn Street- 7th Floor
                Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/23/2013 in Courtroom 644,

                United States Courthouse
                219 South Dearborn Street
                Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: Kenneth S. Gardner_____
                                                         Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
KUBOVY, JENNIFER K § Case No. 10-14663
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,867.92 |
| and approved disbursements of | $ | 127.77 |
| leaving a balance on hand of[1] | $ | 5,740.15 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 1,336.79 | $ 0.00 | $ 1,336.79 |
| Trustee Expenses: Phillip D. Levey | $ 20.69 | $ 0.00 | $ 20.69 |
| Other: International Sureties, Ltd. | $ 3.58 | $ 3.58 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,357.48 |
| Remaining Balance | $ 4,382.67 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 212,452.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Old Second National Bank | $ 176,526.16 | $ 0.00 | $ 3,641.54 |
| 000002 | Chase Bank USA, N.A. | $ 27,692.22 | $ 0.00 | $ 571.26 |
| 000003 | Chase Bank USA, N.A. | $ 1,688.40 | $ 0.00 | $ 34.83 |
| 000004 | Chase Bank USA,N.A. | $ 501.81 | $ 0.00 | $ 10.35 |
| 000005 | PHARIA L.L.C. | $ 6,044.35 | $ 0.00 | $ 124.69 |

Total to be paid to timely general unsecured creditors           $        4,382.67

Remaining Balance                                                $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 41,201.60 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Advanta Bank Corp. in receivership of | $ 40,859.60 | $ 0.00 | $ 0.00 |
| 000007 | American Express Bank, FSB | $ 342.00 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:   Case No. 10-14663-PSH
Jennifer K Kubovy   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann              Page 1 of 2                  Date Rcvd: Apr 26, 2013
                           Form ID: pdf006             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2013.
```
db          #+Jennifer K Kubovy,    204 Primrose Lane,    Bartlett, IL 60103-2302
15455917      Advanta Bank Corp,    receivership of FDIC,    POB 3001,    Malvern, PA 19355-0701
17082800      Advanta Bank Corp. in receivership of,    FDIC,    c o Becket and Lee LLP,    POB 3001,
               Malvern, PA 19355-0701
17125139      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15360998     +Barclays Bank Delaware,    125 South West Str,    Wilmington, DE 19801-5014
15360999     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15361000      Chase Bank,    P.O. Box 15153,    Wilmington, DE  19886-5155
15677524      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15770336     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
15361001     +Dommermuth Brestal Cobine & West Ltd,    123 Water Street,    Naperville, IL 60540-8602
15361002     +Gabe & Calzaretta, LLC,    1834 Walden Office Square, Ste 500,    Schaumburg, IL 60173-4298
15360996     +Gierum & Mantas,    9700 West Higgins Road Suite 1015,    Rosemont, IL 60018-4712
15361004    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/bsbuy,    Po Box 15519,    Wilmington, DE  19850)
15361003     +Harris N.a.,    111 W Monroe St,    Chicago, IL 60603-4095
15360995     +Kubovy Jennifer K,    204 Primrose Lane,    Bartlett, IL 60103-2302
15361006     +Lexus Financial Services,    P.O. Box 4102,    Carol Stream, IL 60197-4102
15361007     +Old Second National Bank,    37 S. River Street,    Aurora, IL 60506-4172
15361008     +Pierce & Associates,    1 N Dearborn, #1300,    Chicago, IL 60602-4373
15361009     +Realty Executives,    2300 N. Barrington Rd., Ste 400,    Hoffman Estates, IL 60169-2036
15361010    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD  21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15360997      E-mail/Text: bkr@cardworks.com Apr 26 2013 22:02:51     Advanta Bank Corp,    Po Box 844,
               Spring House, PA  19477
15361005     +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 26 2013 22:00:19     Kohls/chase,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
15816716     +E-mail/Text: bncmail@w-legal.com Apr 26 2013 22:05:15     PHARIA L.L.C.,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2013**          **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: pseamann            Page 2 of 2             Date Rcvd: Apr 26, 2013
                              Form ID: pdf006           Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2013 at the address(es) listed below:

        John E Gierum    on behalf of Debtor Jennifer K Kubovy jgierum@7trustee.net, karen@gierummantas.com
        Lydia Y Siu    on behalf of Creditor    WELLS FARGO BANK, N.A. lsiu@atty-pierce.com, northerndistrict@atty-pierce.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Phillip D Levey, ESQ    levey47@hotmail.com, plevey@ecf.epiqsystems.com

                                            TOTAL: 4