# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                §
                                      §
KUBOVY, JENNIFER K                    §          Case No. 10-14663
                                      §
                  Debtor(s)           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Phillip D. Levey _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dommermuth Brestal Cobine & West Ltd 123 Water Street Naperville, IL  60540 | | | | | |
| | Harris N.a. 111 W Monroe St Chicago, IL  60690 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Old Second National Bank 37 S. River Street Aurora, IL 60506 | | | | | |
| | Pierce & Associates 1 N Dearborn, #1300 Chicago, IL 60602 | | | | | |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD  21701 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bank Corp Po Box 844 Spring House, PA 19477 | | | | | |
| | Barclays Bank Delaware 125 South West Str Wilmington, DE 19801 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank P.O. Box 15153 Wilmington, DE  19886-5155 | | | | | |
| | Chase Po Box 15298 Wilmington, DE  19850 | | | | | |
| | Gabe & Calzaretta, LLC 1834 Walden Office Square, Ste 500 Schaumburg, IL  60173 | | | | | |
| | Hsbc/bsbuy Po Box 15519 Wilmington, DE  19850 | | | | | |
| | Kohls/chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI  53051 | | | | | |
| | Lexus Financial Services P.O. Box 4102 Carol Stream, IL 60197 | | | | | |
| | Realty Executives 2300 N. Barrington Rd., Ste 400 Hoffman Estates, IL  60169 | | | | | |
| 000001 | OLD SECOND NATIONAL BANK | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CHASE BANK USA,N.A. | | | | | |
| 000005 | PHARIA L.L.C. | | | | | |
| 000006 | ADVANTA BANK CORP. IN RECEIVERSHIP | | | | | |
| 000007 | AMERICAN EXPRESS BANK, FSB | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

| Case No: | 10-14663    PSH    Judge: PAMELA S. HOLLIS | | | Trustee Name: | Phillip D. Levey |
| Case Name: | KUBOVY, JENNIFER K | | | Date Filed (f) or Converted (c): | 04/02/10 (f) |
| | | | | 341(a) Meeting Date: | 05/03/10 |
| For Period Ending: | 03/15/13 | | | Claims Bar Date: | 08/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Residence at 204 Primrose Lane, Bartlett, IL - in | 469,000.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 2. checking | 50.00 | 50.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 3. Normal household goods and related | 3,000.00 | 3,000.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 4. normal wardrobes and related | 300.00 | 300.00 | | 0.00 | FA |
| 5. IRA | 9,000.00 | 9,000.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 6. owns 100% shareholder interest in Bartlett Electri | 0.00 | 0.00 | | 0.00 | FA |
| 7. expected tax refund | 1,300.00 | 5,587.00 | | 5,866.07 | FA |
|   Debtor Claimed Exemption | | | | | |
| 8. 2008 Honda Civic | 0.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 9. Bartlett Electric and Technologies, Inc  has follo | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.85 | Unknown |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $497,650.00 | $32,937.00 | | $5,867.92 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/11        Current Projected Date of Final Report (TFR): 06/30/12

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:      10-14663  -PSH

Case Name:   KUBOVY, JENNIFER K

Taxpayer ID No:  *******5726

For Period Ending:  07/07/13

Trustee Name:      Phillip D. Levey

Bank Name:        ASSOCIATED BANK

Account Number / CD #:   *******2796  Checking

Blanket Bond (per case limit):  $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 5,779.48 | | 5,779.48 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.56 | 5,775.92 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.68 | 5,772.24 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.56 | 5,768.68 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.68 | 5,765.00 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,755.00 |
| 03/07/13 | 010001 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA  70139 | Trustee's Bond Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 4.85 | 5,750.15 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,740.15 |
| 05/27/13 | 010002 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL  60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,336.79 | 4,403.36 |
| 05/27/13 | 010003 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL  60614 | Chapter 7 Expenses | 2200-000 | | 20.69 | 4,382.67 |
| 05/27/13 | 010004 | Old Second National Bank 37 S. River Street Aurora, IL 60506 | Claim 000001, Payment 2.06289% | 7100-000 | | 3,641.54 | 741.13 |
| 05/27/13 | 010005 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000002, Payment 2.06289% | 7100-900 | | 571.26 | 169.87 |
| 05/27/13 | 010006 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000003, Payment 2.06290% | 7100-900 | | 34.83 | 135.04 |
| 05/27/13 | 010007 | Chase Bank USA,N.A. c/o Creditors Bankruptcy Service P O Box 740933 | Claim 000004, Payment 2.06253% | 7100-900 | | 10.35 | 124.69 |

Page Subtotals       5,779.48       5,654.79

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 17.02d

Page: 2

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 10-14663 -PSH | |
| Case Name: | KUBOVY, JENNIFER K | |
| Taxpayer ID No: | *******5726 | |
| For Period Ending: | 07/07/13 | |

| | | |
|---|---|---|
| Trustee Name: | Phillip D. Levey | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******2796  Checking | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/27/13 | 010008 | Dallas, TX 75374<br>PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000005, Payment 2.06292% | 7100-900 | | 124.69 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 5,779.48 | 5,779.48 | 0.00 |
| Less:  Bank Transfers/CD's | 5,779.48 | 0.00 | |
| Subtotal | 0.00 | 5,779.48 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 5,779.48 | |

Page Subtotals          0.00          124.69

Ver: 17.02d

FORM 2                                                                                                                    Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-14663  -PSH |
| Case Name: | KUBOVY, JENNIFER K |
| | |
| Taxpayer ID No: | *******5726 |
| For Period Ending: | 07/07/13 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5588  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/14/10 | 7 | Jennifer Kubovy | Tax Refund | 1124-000 | 5,866.07 | | 5,866.07 |
| 07/30/10 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.02 | | 5,866.09 |
| 08/31/10 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,866.24 |
| 09/30/10 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,866.38 |
| 10/29/10 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,866.52 |
| 11/30/10 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,866.67 |
| 12/31/10 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,866.82 |
| 01/31/11 | 10 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,866.97 |
| 02/28/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,867.02 |
| 03/08/11 | 000101 | International Sureties, Ltd. | Blanket Bond Premium | 2300-000 | | 3.58 | 5,863.44 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/31/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,863.49 |
| 04/29/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,863.54 |
| 05/31/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,863.59 |
| 06/30/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,863.64 |
| 07/29/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,863.69 |
| 08/31/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,863.74 |
| 09/30/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,863.79 |
| 10/31/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,863.84 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.47 | 5,856.37 |
| 11/30/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,856.42 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.22 | 5,849.20 |
| 12/30/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,849.25 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.21 | 5,842.04 |
| 01/31/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,842.09 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.66 | 5,834.43 |
| 02/29/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,834.48 |

Page Subtotals                5,867.62            33.14

Ver: 17.02d

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-14663 -PSH | Trustee Name: | Phillip D. Levey |
| Case Name: | KUBOVY, JENNIFER K | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5588  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5726 | | |
| For Period Ending: | 07/07/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.93 | 5,827.55 |
| 03/30/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,827.60 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.17 | 5,820.43 |
| 04/05/12 | 000102 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | 5.06 | 5,815.37 |
| | | 701 Poydras Street | Bond # 016026455 | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/30/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,815.42 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.39 | 5,808.03 |
| 05/31/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,808.08 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.38 | 5,800.70 |
| 06/29/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,800.75 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.89 | 5,793.86 |
| 07/31/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,793.91 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.60 | 5,786.31 |
| 08/30/12 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 5,786.36 |
| 08/30/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 6.88 | 5,779.48 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 5,779.48 | 0.00 |

Page Subtotals         0.30         5,834.78

Ver: 17.02d

Page:   5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        10-14663  -PSH
Case Name:   KUBOVY, JENNIFER K

Taxpayer ID No:   *******5726
For Period Ending:  07/07/13

Trustee Name:        Phillip D. Levey
Bank Name:           BANK OF AMERICA
Account Number / CD #:    *******5588  Money Market Account (Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,867.92 | 5,867.92 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 5,779.48 | |
| | | | Subtotal | | 5,867.92 | 88.44 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,867.92 | 88.44 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - *******2796 | 0.00 | 5,779.48 | 0.00 |
| Money Market Account (Interest Earn - *******5588 | 5,867.92 | 88.44 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 5,867.92 | 5,867.92 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                          0.00                    0.00

Ver: 17.02d